PROB 22
(Rev. 2/88)

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 23 2012
JAMES N. HATTEN, Clerk
By: [signature] Deputy

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran. Court)
10CR00472-001-TUC-JMR

DOCKET NUMBER (Rec. Court)
1:12-cr-134-RWS

FILED LODGED
RECEIVED COPY
APR 16 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| LORIE VALLE CASTILLO<br>312 Samaritan Drive<br>Cumming, Georgia 30040 | District Of Arizona | Tucson |
| | NAME OF SENTENCING JUDGE | |
| | John M. Roll | |
| | DATES OF PROBATION/SUPERVISED RELEASE:<br>January 13, 2011 | FROM: District of Arizona    TO: Northern District of Georgia |

**OFFENSE**

Title 8 U.S.C. §1324(a)(1)(A)(ii) and §1324(a)(1)(B)(I);
Transportation of Illegal Aliens for Profit, a Class C Felony offense, as charged in the Information

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-24-12
Date

[signature]
Honorable Raner C. Collins
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Northern District of Georgia</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/5/12
Effective Date

[signature]
United States District Judge