DENNIS K. BURKE
United States Attorney
District of Arizona
GORDON E. DAVENPORT, III
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
E-mail: gordon.davenport@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 10-0150M(JCG) |
|---|---|
| Plaintiff, | INFORMATION |
| v. | Violation:<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i) |
| Lorie Valle Castillo, | |
| Defendant. | (Transportation of Illegal Aliens for Profit)<br>(Felony) |

THE UNITED STATES ATTORNEY ALLEGES:

On or about January 14, 2010, at or near Wilcox, in the District of Arizona, LORIE VALLE CASTILLO, knowing and in reckless disregard of the fact that certain aliens, Raul Lorenzo Torres-Limon and Francisco Vasquez-Dominguez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

DENNIS K. BURKE
United States Attorney
District of Arizona

2-3-10
Date

GORDON E. DAVENPORT, III
Assistant United States Attorney