TRANSFER-OUT

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
### CRIMINAL DOCKET FOR CASE #: 4:10-cr-00472-JMR-JCG-1

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

APR 2 3 2012

JAMES N. HATTEN, CLERK
Deputy Clerk

Case title: USA v. Castillo
Magistrate judge case number: 4:10-mj-00150-HCE-JCG

Date Filed: 03/04/2010
Date Terminated: 05/27/2010

Assigned to: Chief Judge John M Roll
Referred to: Magistrate Judge Jennifer C Guerin

1:12-cr-134-RWS

### Defendant (1)

**Lorie Valle Castillo**
*TERMINATED: 05/27/2010*

represented by **Stephanie Kathryn Bond**
Law Offices Of Stephanie K Bond PC
PO Box 1082
Tucson, AZ 85702
520-624-2636
Fax: 520-624-7341
Email: SBONDLAW@MSN.COM
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

8:1324(a)(1)(A)(ii)and 1324(a)(1)(B)(i)
TRANSPORTAITON OF ILLEGAL
ALIENS FOR PROFIT
(1)

### Disposition

Dft committed to BOP for 12 months
with credit for time served and sup rel
for 2 years

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

8:1324(a)(1)(A)ii) and 1324(a)(1)(B)(i)
Brining in and Harboring Illegal Aliens
for Profit

### Disposition

**Plaintiff**

USA            represented by **Gordon Elliott Davenport, III**
US Attorneys Office - Tucson, AZ
405 W Congress St., Ste. 4800
Tucson, AZ 85701-4050
520-620-7300
Fax: 520-620-7320
Email: gordon.davenport.iii@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2010 | | Arrest of Lorie Valle Castillo (TAD, ) [4:10-mj-00150-HCE-JCG] (Entered: 01/15/2010) |
| 01/15/2010 | 1 | COMPLAINT as to Lorie Valle Castillo. (TAD, ) [4:10-mj-00150-HCE-JCG] (Entered: 01/15/2010) |
| 01/15/2010 | 2 | AFFIDAVIT FOR DETENTION OF MATERIAL WITNESS by USA as to Lorie Valle Castillo, signed by Magistrate Judge Hector C Estrada (TAD, ) [4:10-mj-00150-HCE-JCG] (Entered: 01/15/2010) |
| 01/15/2010 | 3 | Minute Entry for proceedings held before Magistrate Judge Hector C Estrada: Initial Appearance as to Lorie Valle Castillo held on 1/15/2010, Initial Appearance for Material Witness as to dft held on 1/15/2010, Attorney Stephanie Kathryn Bond is appointed as atty for dft. Detention Hearing/Preliminary Examination set for 1/20/2010 10:30 AM before Magistrate Judge Glenda E Edmonds.(Court Reporter COURTSMART). (TAD, ) [4:10-mj-00150-HCE-JCG] (Entered: 01/20/2010) |
| 01/20/2010 | 4 | NOTICE OF HEARING as to Lorie Valle Castillo (PTR) [4:10-mj-00150-HCE-JCG] (Entered: 01/25/2010) |
| 01/20/2010 | 5 | Minute Entry for proceedings held before Magistrate Judge Glenda E Edmonds: Detention/Attorney Appointment Hearing as to Lorie Valle Castillo held on 1/20/2010. Appointing Gordon Elliott Davenport, III, for USA, and Christopher Robert Kilburn for Material Witnesses with Appointment Type: AFPD. IT IS ORDERED matter of detention taken UNDER ADVISEMENT. IT IS FURTHER ORDERED that Pretrial Services shall determine if defendant is a candidate for halfway house placement and shall notify the Court as to the decision regarding defendant's detention, so as to determine whether a further hearing is necessary. Preliminary Examination waived. Magistrate case referral is Judge Guerin. Video depositions set for 2/5/10 at 1:00 p.m. in the Grand Jury Room. (Court Reporter Courtsmart). (CAB) [4:10-mj-00150-HCE-JCG] (Entered: 01/25/2010) |
| 01/28/2010 | 6 | IT IS ORDERED setting video depositions of material witnesses Raul Lorenzo Torres-Limon and Francisco Vasquez-Dominguez as to Lorie Valle Castillo. Material Witness/Video Deposition Hearing set for 2/5/2010 at 01:00 PM in |

| | | |
|---|---|---|
| | | Grand Jury Room, Fourth Floor, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge Jennifer C Guerin. Ordered by Magistrate Judge Jennifer C Guerin.(JCG, cp)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) [4:10-mj-00150-HCE-JCG] (Entered: 01/28/2010) |
| 02/04/2010 | 8 | The Court having taken this matter under advisement to allow Pretrial Services the opportunity to seek placement, and the Court having received a Supplemental Report from Pretrial Services, IT IS ORDERED, as to Lorie Valle Castillo, this matter is set for Detention Hearing - Further Proceedings on Monday, Feburary 8, 2010 at 10:30 AM in Courtroom 3B, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge Glenda E Edmonds. Ordered by Magistrate Judge Glenda E Edmonds.(GEE)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) [4:10-mj-00150-HCE-JCG] (Entered: 02/04/2010) |
| 02/05/2010 | 9 | STIPULATION and Joint Motion for Release of Material Witnesses Without Conducting Video Depositions by USA as to Lorie Valle Castillo (Davenport, Gordon) [4:10-mj-00150-HCE-JCG] (Entered: 02/05/2010) |
| 02/08/2010 | 10 | ORDERED directing the U.S. Marshal to release the material witnesses's 9 to the Dpt of Homeland Security for return to their country of origin as to Lorie Valle Castillo. Signed by Magistrate Judge D Thomas Ferraro on 2/5/10.(SGG) [4:10-mj-00150-HCE-JCG] (Entered: 02/08/2010) |
| 02/08/2010 | 11 | NOTICE OF CHANGE OF PLEA HEARING set for February 25, 2010 at 9:00 a.m. by Lorie Valle Castillo (Bond, Stephanie) [4:10-mj-00150-HCE-JCG] (Entered: 02/08/2010) |
| 02/08/2010 | 13 | Minute Entry for proceedings held before Magistrate Judge Glenda E Edmonds: Detention Hearing as to Lorie Valle Castillo held on 2/8/2010. Defendant indicating that she does not want to go to a halfway house. Ordered the defendant be detained.(Court Reporter COURTSMART). (GMM) [4:10-mj-00150-HCE-JCG] (Entered: 02/11/2010) |
| 02/09/2010 | 12 | The parties having contacted the court, IT IS ORDERED the Change of Plea as to Lorie Valle Castillo is set for 2/25/2010 at 9:00 AM in Courtroom 3C, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge Jennifer C Guerin. Ordered by Magistrate Judge Jennifer C Guerin.(JCG)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) [4:10-mj-00150-HCE-JCG] (Entered: 02/09/2010) |
| 02/19/2010 | 14 | On the telephonic request of the defendant and there being no objection by the Government, IT IS ORDERED the Change of Plea Hearing set for 2/25/2010, as to Lorie Valle Castillo, is RESET. Change of Plea Hearing is now set for 3/4/2010 at 09:00 AM in Courtroom 3C, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge Jennifer C Guerin. Ordered by Magistrate Judge Jennifer C Guerin.(JCG)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) [4:10-mj-00150-HCE-JCG] (Entered: 02/19/2010) |
| 02/22/2010 | 15 | ORDER OF DETENTION as to Lorie Valle Castillo. Signed by Magistrate Judge Glenda E Edmonds on 2/8/10.(CKM) [4:10-mj-00150-HCE-JCG] |

| | | |
|---|---|---|
| | | (Entered: 02/22/2010) |
| 03/04/2010 | 17 | WAIVER OF INDICTMENT by Lorie Valle Castillo (KDT) (Entered: 03/10/2010) |
| 03/04/2010 | 18 | INFORMATION as to Lorie Valle Castillo (1) count(s) 1. (KDT) (Entered: 03/10/2010) |
| 03/04/2010 | 19 | CONSENT OF DEFENDANT Lorie Valle Castillo AND ORDER OF REFERRAL to Magistrate Judge Jennifer C. Guerin for entry of Plea of Guilty. Signed by Chief Judge John M Roll on 3/4/2010.(KDT) (Entered: 03/10/2010) |
| 03/04/2010 | 20 | Minute Entry for proceedings held before Magistrate Judge Jennifer C Guerin: Arraignment/Change of Plea Hearin Count 1 held on 3/4/2010. Lorie Valle Castillo enters plea of guilty to count(s)one of the Information. Sentencing set for 5/21/2010 10:00 AM in Courtroom 5D, 405 West Congress Street, Tucson, AZ 85701 before Chief Judge John M Roll.(Court Reporter COURTSMART). (KDT) (Entered: 03/10/2010) |
| 03/04/2010 | 21 | PLEA AGREEMENT as to Lorie Valle Castillo (KDT) (Entered: 03/10/2010) |
| 03/04/2010 | 22 | MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATIONS UPON PLEA OF GUILTY as to Lorie Valle Castillo. Signed by Magistrate Judge Jennifer C Guerin on 3/4/2010.(KDT) (Entered: 03/10/2010) |
| 03/19/2010 | 23 | The District Court has reviewed the Findings and Recommendations of the Magistrate Judge, and no objections have been filed. Therefore, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's plea of guilty as to Lorie Valle Castillo. Ordered by Chief Judge John M Roll.(BWEN)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 03/19/2010) |
| 05/10/2010 | 24 | SENTENCING MEMORANDUM by Lorie Valle Castillo (Bond, Stephanie) (Entered: 05/10/2010) |
| 05/21/2010 | 25 | Defendant not having been transported due to medical issue, IT IS ORDERED vacating the Sentencing as to Lorie Valle Castillo presently set for 05/25/2010 at 9:00 AM at 10:00 AM before Visiting Judge Cacheris. IT IS ORDERED the Sentencing is re-set to 5/25/2010 at 09:00 AM in Courtroom 5F, 405 West Congress Street, Tucson, AZ 85701 before Judge James C Cacheris. Ordered by Judge James C Cacheris.(PJS)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 05/21/2010) |
| 05/25/2010 | 26 | Minute Entry for proceedings held before Judge James C Cacheris: Sentencing as to Lorie Valle Castillo held on 5/25/2010. PRESENT: Gordon Davenport III, AUSA; Stephanie Bond, (Appointed); Defendant Custody. INTERPRETER: N/A. Sentence imposed.(Court Reporter COURTSMART). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MES) (Entered: 05/25/2010) |
| 05/27/2010 | 27 | JUDGMENT AND COMMITMENT ISSUED as to Lorie Valle Castillo (1), Count(s) 1, Dft committed to BOP for 12 months with credit for time served and sup rel for 2 years. Signed by Judge James C Cacheris on 5/25/10.(SSU) |

|            |    |                                                                                                                                                                                                                |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Entered: 05/27/2010)                                                                                                                                                                                          |
| 02/27/2012 | 30 | WAIVER AND ORDER: RE: Modification of Probation Conditions as to Lorie Valle Castillo. Signed by Judge Raner C Collins on 02/24/12.(LMF) (Entered: 02/28/2012)                                                 |
| 04/16/2012 | 31 | Supervised Release Jurisdiction Transferred to Northern District of Georgia as to Lorie Valle Castillo. Transmitted Transfer of Jurisdiction (Attachments: # 1 Instructions to retrieve documents)(LMF) (Entered: 04/18/2012) |